IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

YOLANDA RANDLE                                                    PLAINTIFF

VS.                                              CIVIL NO. 1:20-CV-79-SA-DAS

COMMISSIONER OF SOCIAL SECURITY                          DEFENDANTS

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

On consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 16, 2021, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by either party. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore, ordered:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 26, 2021, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law are hereby, adopted as the findings of fact and conclusions of law of the Court.

2. The decision of the Commissioner is reversed and the case is remanded to the agency for further proceedings in accordance with the Report and Recommendation.

3. This case is closed.

SO ORDERED, this the 8th day of June, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE